| Name & address: |
|---|
| SUSAN YU LAW GROUP, APC |
| SUSAN C. YU (Bar No. 195640) |
| 10390 Santa Monica Boulevard, Suite 220 |
| Los Angeles, California 90025 |
| Phone: (310) 789-1177    Fax: (310) 861-1007 |
| yu@suanyulaw.com |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ANDREWS, TIFFANI ANDREWS, SARAH RATHBONE, JOSH CHANCER, JOSEPH VIENS, et al., individually and on behalf of others similarly situated<br><br>Plaintiff(s)<br><br>v.<br><br>PLAINS ALL AMERICAN PIPELINE, L.P., a Delaware limited partnership, PLAINS PIPELINE, L.P., a Texas limited partnership, and JOHN DOES 1 through 10<br><br>Defendant(s). | CASE NUMBER<br>2:15-cv-04989 PSG (JEMx)<br><br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Zavitsanos, John
*Applicant's Name (Last Name, First Name & Middle Initial)*

713-655-1101        713-655-0062
*Telephone Number*    *Fax Number*

jzavitsanos@azalaw.com
*E-Mail Address*

of  Ahmad Zavitsanos Anaipakos Alavi & Mensing PC
1221 McKinney, Suite 3460
Houston, TX 77010

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**
Plains All American Pipeline, L.P.
Plains Pipeline, L.P.

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff*   ☒ *Defendant*   ☐ *Other:*
**and designating as Local Counsel**

Yu, Susan C.
*Designee's Name (Last Name, First Name & Middle Initial)*

195640           310-789-1177
*Designee's Cal. Bar Number*   *Telephone Number*

                 310-861-1007
                 *Fax Number*

of  Susan Yu Law Group, APC
10390 Santa Monica Blvd., 220
Los Angeles, CA 90025

*Firm Name & Address*

yu@susanyulaw.com
*E-Mail Address*

**hereby ORDERS the Application be:**

☐  **GRANTED.**

☐  **DENIED. Fee shall be returned by the Clerk.**

☐  **DENIED, for failure to pay the required fee.**

**Dated**

**U.S. District Judge/U.S. Magistrate Judge**

G-64 ORDER (06/13)   **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***   Page 1 of 1

Martin Dean's Essential Forms™